NUMBER 13-00-004-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________ 



EMIL HAYNES AND THERESA HAYNES , Appellants, 



v.

 

CANDLELIGHT HILLS CIVIC ASSOCIATION , Appellee. 

____________________________________________________________________ 


On appeal from the 151st District Court

of Harris County, Texas.

____________________________________________________________________ 



O P I N I O N

 

Before Justices Hinojosa, Yañez, and Chavez

Opinion Per Curiam



 This Court's opinion delivered on June 8, 2000, is WITHDRAWN, and the following is substituted therefor. 

 This cause is before the Court on the parties' agreed motion to dismiss appeal. In the motion, the parties state that this
matter has been resolved and request that this Court dismiss the appeal. 

 The Court, having considered the documents on file and the agreed motion to dismiss the appeal, is of the opinion that the
motion should be granted. The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 16th day of November, 2000 .